UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** |
| DWAYNE EDWARD COBB, | ) ) ) | No. 4:13-CV-174-FL |
| Defendant. | ) ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the consent order for entry of judgment entered July 23, 2013, that judgment is hereby entered in favor of plaintiff who shall have and recover from defendant Dwayne Edward Cobb the amount of Thirty-Four Thousand Three Hundred Sixty-Eight and no/100 Dollars ($34,368.00) plus interest at a rate of 4%, and future costs.

**This Judgment Filed and Entered on July 23, 2013, and Copies To:**

Neal I. Fowler (via CM/ECF Notice of Electronic Filing)
Dwayne Edward Cobb (via U.S. Mail) PO Box 925, Bayboro, NC 28515

July 23, 2013              JULIE A. RICHARDS, CLERK
                            /s/ Christa N. Baker
                           (By) Christa N. Baker, Deputy Clerk